MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation
dba El Super

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEX ROMAN TARANGO,<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-03062-MMD-VCF |

## STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

## [FIRST REQUEST]

Plaintiff Alex Roman Tarango, by and through his counsel of records, Orlando De Castroverde, Esq., of De Castroverde Law Group and Defendant Bodega Latina Corporation, dba El Super, by and through its counsel and pursuant to LR IA 6-1 and LR 7-1, do hereby stipulate and agree to a two week extension up to and including January 12, 2018, for Defendant to file its responsive pleading to Plaintiff's Complaint.

This Stipulation is made in good faith and not for the purposes of delay. The undersigned counsel was recently retained in this matter and needs sufficient time to investigate Plaintiff's Complaint and prepare a responsive pleading.

Dated this 22nd day of December 2017

DE CASTROVERDE LAW GROUP

/s/ Kimberly Valentin

KIMBERLY VALENTIN, ESQ.
Nevada Bar No. 012509
ORLANDO DE CASTROVERDE, ESQ.
Nevada Bar No. 007320
1149 S. Maryland Pkwy.
Las Vegas, NV 89104
Phone: 702-964-1747
Fax: 702-383-8741
Attorneys for Plaintiff,
Alex Roman Tarango

Dated this 22nd day of December 2017

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendant,
Bodega Latina Corporation,
dba El Super

**IT IS SO ORDERED.**

~~UNITED STATES DISTRICT COURT JUDGE,~~
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE

DATED: 12-22-2017