Alex J. De Castroverde
Nevada Bar No. 6950
Orlando De Castroverde
Nevada Bar No. 7320
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Pkwy
Las Vegas, NV 89104
Tel: 702.964.1747
Fax: 702.383.8741
Email: alex@decastroverdelaw.com
Email: orlando@decastroverdelaw.com
Attorney for Plaintiff *Alex Roman Tarango*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALEX ROMAN TARANGO,<br><br>  Plaintiff,<br><br>v.<br><br>BODEGA LATINA CORPORATION d/b/a EL SUPER; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | Case No.: 2:17-cv-03062-MMD-VCF<br><br>**PLAINTIFF ALEX ROMAN TARANGO MOTION TO WITHDRAW NON-LEAD ATTORNEY DAVID MENOCAL** |

COMES NOW, Plaintiff Alex Roman Tarango through his attorneys of the De Castroverde Law Group, and hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw David Menocal, Esq. as counsel for Plaintiff. Plaintiff advises the Court that effective July 01, 2019, Mr. Menocal will no longer be with Plaintiff's counsel's law firm.

1

As such, Plaintiff requests that Mr. Menocal be removed from the electronic service list for the above-captioned matter. Notice has been served of Mr. Menocal's disassociation on both Plaintiff and opposing counsel.

Dated this __23rd__ day of July, 2019

**DE CASTROVERDE LAW GROUP**

By: */s/ Kimberly Valentin*
Alex De Castroverde
Nevada Bar No. 6950
Orlando De Castroverde
Nevada Bar No. 7320
Kimberly Valentin
Nevada Bar No. 12509
Peter Petersen
Nevada Bar No. 14256
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Alex Roman Tarango*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 25, 2019

# CERTIFICATE OF SERVICE

Under NRCP 5(b), I hereby certify that I am an employee of DE CASTROVERDE LAW GROUP and that on the __23rd__ day of July, 2019, I caused the foregoing to be served as follows:

[X] via the Court's electronic filing and service systems to all parties on the current service list

[X] by placing a true and correct copy of the same to be deposited for mailing in the U.S. Mail at Las Vegas, Nevada, enclosed in a sealed envelope upon which first-class postage was fully prepaid; and /or

[ ] under FRCP 5(a), by sending it via facsimile; and/or
[ ] by hand delivery

to the following:

Michael C. Mills, Esq.
3650 N. Rancho Drive Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fa: 702-240-4267
Email: mmills@blwmlawfirm.com

Alex Roman Tarango
4746 Mohave Ave
Las Vegas, NV 89104

                                          */s/ Wendy Segura*
                                          An employee of De Castroverde Law Group