1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  BAUMAN LOEWE WITT & MAXWELL
   3650 N. Rancho Drive, Suite 114
3  Las Vegas, NV 89130
   Phone: 702-240-6060
4  Fax: 702-240-4267
   Email: mmills@blwmlawfirm.com
5

6  Attorney for Defendant,
   Bodega Latina Corporation
7  dba El Super

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEX ROMAN TARANGO,<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-03062-RCJ-VCF |

### STIPULATION AND ORDER TO EXTEND TIME TO FILE FINAL SETTLEMENT DOCUMENTS BY AN ADDITIONAL FOURTEEN DAYS [ECF 67]

Plaintiff Alex Roman Tarango and Defendant Bodega Latina Corporation, dba El Super, by and through their respective counsel state that:

The parties informed the court that they had settled their claim. [ECF 66]. The court ordered the final settlement documents to be filed by November 14, 2019. [ECF 67].

Plaintiff delayed in signing the release until confirmation regarding health insurance and medicare liens owed.

STIPULATION AND ORDER
- PAGE 1 OF 2 -

3419939v1

The parties request an additional fourteen days to exchange the settlement check and sign and final settlement documents. Final documents to be due on December 2, 2019.

Approved as to form:

Dated this 14th day of November 2019

DE CASTROVERDE LAW GROUP

/k/ Kimberly Valentin
KIMBERLY VALENTIN, ESQ.
Nevada Bar No. 012509
ORLANDO DE CASTROVERDE, ESQ.
Nevada Bar No. 007320
1149 S. Maryland Pkwy.
Las Vegas, NV 89104
Phone: 702-964-1747
Fax: 702-383-8741
Attorneys for Plaintiff,
Alex Roman Tarango

Dated this 14th day of November 2019

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendant,
Bodega Latina Corporation,
dba El Super

## ORDER

**IT IS ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 15, 2019.

STIPULATION AND ORDER
- PAGE 2 OF 2 -

3419939v1