MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorney for Defendant,
Bodega Latina Corporation
dba El Super

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEX ROMAN TARANGO,<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-03062-RCJ-VCF |

### STIPULATION AND ORDER TO EXTEND TIME TO FILE FINAL SETTLEMENT DOCUMENTS BY AN ADDITIONAL SEVEN DAYS [ECF 67 AND ECF 69]

Plaintiff Alex Roman Tarango and Defendant Bodega Latina Corporation, dba El Super, by and through their respective counsel state that:

The parties informed the court that they had settled their claim. [ECF 66]. The court ordered the final settlement documents to be filed by November 14, 2019. [ECF 67]. The parties requested additional time and the court granted the extension until December 2, 2019. [ECF 68]

Defendant issued the settlement check but inadvertently mailed it to the Arizona address of Defendant's attorney's law firm. Defendant's counsel should have the check within a few days so that the parties can exchange and file settlement documents.

The parties request an additional seven days to exchange the settlement check and sign and file the settlement documents. The parties request until December 9, 2019 to complete the filing of the final settlement documents.

Approved as to form:

| Dated this 2nd day of December 2019 | Dated this 2nd day of December 2019 |
|---|---|
| DE CASTROVERDE LAW GROUP | BAUMAN LOEWE WITT & MAXWELL |
| /s/ Kimberly Valentin | /s/ Michael C. Mills |
| KIMBERLY VALENTIN, ESQ.<br>Nevada Bar No. 012509<br>ORLANDO DE CASTROVERDE, ESQ.<br>Nevada Bar No. 007320<br>1149 S. Maryland Pkwy.<br>Las Vegas, NV 89104<br>Phone: 702-964-1747<br>Fax: 702-383-8741<br>Attorneys for Plaintiff,<br>Alex Roman Tarango | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br>Attorneys for Defendant,<br>Bodega Latina Corporation,<br>dba El Super |

## ORDER

**IT IS ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 6, 2019.