|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | UNITED STATES DISTRICT COURT | |
| 10 | DISTRICT OF NEVADA | |
| 11 | | |
| 12 | ALEX ROMAN TARANGO, | Case No.: 2:17-cv-03062-RCJ-VCF |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | | |
| 16 | vs. | |
| 17 | | |
| 18 | | |
| 19 | BODEGA LATINA CORPORATION, d/b/a EL SUPER, I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |
| 23 | | |
| 24 | | |
| 25 | | |

## ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties, by and through their respective

3399317v1

counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

Approved as to form:

**IT IS SO ORDERED.**

*[signature]*

UNITED STATES JUDGE

DATED: December 9, 2019.